Max Scheller, Appellant, v. James Yule, Respondent.—Judgment of County Court reversed, with costs, and that of the justice affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

Simon Blanchard, Appellant, v. The Village of Lyons Falls, Respondent.— Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

In the Matter of the Application of William E. Peirson, Respondent, for the Removal of Elizabeth Peirson, Appellant, and Russel Peirson from Certain Premises under Title 2 of Chapter 17 of the Code of Civil Procedure.—Judgment affirmed, with costs. All concurred.

Virginia Orvis, Appellant, v. New York Central and Hudson River Railroad Company, and The Rome, Watertown and Ogdensburg Railroad Company, Respondents.—Judgment affirmed, with costs. All concurred, except Kruse, J., dissenting.

John M. Perry, Respondent, v. Adelaide V. Lovell, Appellant.—Judgment affirmed, with costs. All concurred, except Williams, J., who dissented on the ground that the letter written by defendant was not legally an offer to sell so as to bind defendant by the alleged acceptance.

In the Matter of the Probate of the Last Will and Testament of George W. Gifford, Deceased. Ivan Gifford, Appellant; Martha J. Brimmer, as Executrix, etc., of George W. Gifford, Deceased, Respondent.—Decree of Surrogate's Court affirmed, with costs. All concurred.

William J. Matheson & Company, Limited, Respondent, v. Mary Delzer, Appellant.—Judgment and order affirmed, with costs. All concurred.

Abe Maxon, Respondent, v. Fred Miller and Others, Appellants.—Judgment and order affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

George W. Clark, Respondent, v. Edward Shay and Others, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event upon the ground that the verdict is against the weight of the evidence. McLennan, P. J., Kruse and Robson, JJ., concurred; Williams, J., voted for reversal on the ground that the damages are excessive; Spring, J., voted for affirmance.

William J. Thistlewaite, Appellant, v. Marie B. Thistlewaite, Respondent.— So much of the interlocutory and final judgments herein as are appealed from reversed, without costs of this appeal to either party. All concurred.

Almstead Electric Company, Respondent, v. Frank E. Pulver and Others, Appellants. — Motion for reargument denied, with ten dollars costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.